This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**DAN S. REGALADO,**

    Plaintiff-Appellee,

v.                                         **NO. 29,968**

**HAMILTON BIG COUNTRY FORD**,

    Defendant-Appellant,

**and**

**THE CITIZENS BANK OF CLOVIS,**

    Defendant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Geraldine E. Rivera, District Judge**

Martin E. Threet & Associates
Martin E. Threet
Albuquerque, NM

for Appellee

Civerolo, Gralow, Hill & Curtis, P.A.
M. Clea Gutterson
Lance D. Richard
Albuquerque, NM

for Appellant

R. Max Best
Clovis, NM

Barnett Law Firm
Mickey D. Barnett
Albuquerque, NM

for Defendant

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____
**MICHAEL E. VIGIL, Judge**

_____
**TIMOTHY L. GARCIA, Judge**

